BRIDGET McCARTHY, Respondent, v. IRENE THATCHER, Appellant, and Others, Defendants.— Order denying motion of defendant Irene Thatcher for judgment

dismissing complaint as against her affirmed, with ten dollars and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.